# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE.**  **2. PLEASE TYPE OR PRINT.**  **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: United States District Court Southern District of New York | Judge: Victor Marrero |
|---|---|---|
| Christian Louboutin S.A. v. Yves Saint Laurent America Inc. No. 11-3303 | Date the Order or Judgment Appealed from was Entered on the Docket: August 10, 2011 | District Court Docket No.: 1:11-cv-02381-VM |
| | Date the Notice of Appeal was Filed: August 12, 2011 | Is this a Cross Appeal? ☐ Yes  ☑ No |

| Attorney(s) for Appellant(s): ☑ Plaintiff ☐ Defendant | Counsel's Name: Harley I. Lewin | Address: McCarter & English, LLP 245 Park Avenue, 27th Floor New York, NY 10167 | Telephone No.: (212) 609-6818 | Fax No.: (212) 609-6921 | E-mail: hlewin@mccarter.com |
|---|---|---|---|---|---|
| | Lee Carl Bromberg (Application for Admission Pending) | McCarter & English, LLP 265 Franklin Street Boston, MA 02110 | (617) 449-6500 | (617) 607-9200 | lbromberg@mccarter.com |

| Attorney(s) for Appellee(s): ☐ Plaintiff ☑ Defendant | Counsel's Name: David H. Bernstein | Address: Debevoise & Plimpton LLP 919 Third Avenue, 31st Floor New York, NY 10022 | Telephone No.: (212) 909-6696 | Fax No.: (212) 521-7696 | E-mail: dhbernstein@debevoise.com |
|---|---|---|---|---|---|
| | Jyotin Hamid | Debevoise & Plimpton LLP 919 Third Avenue, 31st Floor New York, NY 10022 | (212) 909-6000 | (212) 909-6836 | jhamid@debevoise.com |

| Has Transcript Been Prepared? Yes | Approx. Number of Transcript Pages: 63 | Number of Exhibits Appended to Transcript: 0 | Has this matter been before this Circuit previously? ☐ Yes  ☑ No  If Yes, provide the following: Case Name: 2d Cir. Docket No.:   Reporter Citation: (i.e., F.3d or Fed. App.) |
|---|---|---|---|

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

## PART A: JURISDICTION

| 1. Federal Jurisdiction | | 2. Appellate Jurisdiction | |
|---|---|---|---|
| ☐ U.S. a party | ☐ Diversity | ☐ Final Decision | ☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b)) |
| ☑ Federal question (U.S. not a party) | ☐ Other (specify): | ☑ Interlocutory Decision Appealable As of Right | ☐ Other (specify): |

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

## PART B: DISTRICT COURT DISPOSITION (Check as many as apply)

| 1. Stage of Proceedings | 2. Type of Judgment/Order Appealed | 3. Relief |
|---|---|---|
| ☑ Pre-trial<br>☐ During trial<br>☐ After trial | ☐ Default judgment<br>☐ Dismissal/FRCP 12(b)(1) lack of subj. matter juris.<br>☐ Dismissal/FRCP 12(b)(6) failure to state a claim<br>☐ Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint<br>☐ Dismissal/28 U.S.C. § 1915(e)(2) other dismissal<br>☐ Dismissal/other jurisdiction<br>☐ Dismissal/merit<br>☑ Judgment / Decision of the Court<br>☐ Summary judgment<br>☐ Declaratory judgment<br>☐ Jury verdict<br>☐ Judgment NOV<br>☐ Directed verdict<br>☐ Other (specify): | Damages:<br>☐ Sought: $ ____<br>☐ Granted: $ ____<br>☐ Denied: $ ____<br><br>☑ Injunctions:<br>☑ Preliminary<br>☐ Permanent<br>☑ Denied |

## PART C: NATURE OF SUIT (Check as many as apply)

| 1. Federal Statutes | | | 2. Torts | 3. Contracts | 4. Prisoner Petitions |
|---|---|---|---|---|---|
| ☐ Antitrust<br>☐ Bankruptcy<br>☐ Banks/Banking<br>☐ Civil Rights<br>☐ Commerce,<br>☐ Energy<br>☐ Commodities<br>☐ Other (specify): ____ | ☐ Communications<br>☐ Consumer Protection<br>☐ Copyright ☐ Patent<br>☑ Trademark<br>☐ Election<br>☐ Soc. Security<br>☐ Environmental | ☐ Freedom of Information Act<br>☐ Immigration<br>☐ Labor<br>☐ OSHA<br>☐ Securities<br>☐ Tax | ☐ Admiralty/ Maritime<br>☐ Assault / Defamation<br>☐ FELA<br>☐ Products Liability<br>☐ Other (Specify): | ☐ Admiralty/ Maritime<br>☐ Arbitration<br>☐ Commercial<br>☐ Employment<br>☐ Insurance<br>☐ Negotiable Instruments<br>☐ Other Specify | ☐ Civil Rights<br>☐ Habeas Corpus<br>☐ Mandamus<br>☐ Parole<br>☐ Vacate Sentence<br>☐ Other |

| 5. Other | 6. General | 7. Will appeal raise constitutional issue(s)? |
|---|---|---|
| ☐ Forfeiture/Penalty<br>☐ Real Property<br>☐ Treaty (specify): ____<br>☐ Other (specify): ____ | ☐ Arbitration<br>☐ Attorney Disqualification<br>☐ Class Action<br>☐ Counsel Fees<br>☐ Shareholder Derivative<br>☐ Transfer | ☐ Yes   ☑ No<br><br>Will appeal raise a matter of first impression?<br>☐ Yes   ☑ No |

1. Is any matter relative to this appeal still pending below? ☐ Yes, specify: _____  ☑ No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A) Arises from substantially the same case or controversy as this appeal?  ☐ Yes  ☑ No
   (B) Involves an issue that is substantially similar or related to an issue in this appeal?  ☐ Yes  ☑ No

If yes, state whether ☐ "A," or ☐ "B," or ☐ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| Name of Appellant: | | | |

| Date:<br>August 26, 2011 | Signature of Counsel of Record: /s/ Harley I. Lewin |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $455 docketing fee to the United States District Court or the $450 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.