## ADDENDUM A TO FORM C

1. **BRIEF DESCRIPTION OF THE NATURE OF THE ACTION**

This appeal arises out of a trademark dispute involving the federally registered, distinctive lacquered red outsole trademark (the "Red Outsole Mark") that has been the signature of virtually all of the high fashion women's footwear of world-renowned designer Christian Louboutin since 1992.

In early 2011, Christian Louboutin S.A., Christian Louboutin, L.L.C. and Christian Louboutin (collectively, "Louboutin") learned that Yves Saint Laurent America, Inc., Yves Saint Laurent America Holding, Inc. and Yves Saint Laurent S.A.S. (collectively, "YSL") were marketing, offering for sale and selling high fashion women's footwear with red outsoles that were identical and/or confusingly similar to the Red Outsole Mark.

When Louboutin learned of YSL's actions, it sought a preliminary injunction barring YSL from marketing, offering for sale and selling shoes with red outsoles that are likely to cause confusion with the Red Outsole Mark. Louboutin claims that YSL's use of identical and/or confusingly similar red outsoles on its high fashion women's designer footwear has and will violate Louboutin's rights under the Lanham Act and state law. Following an abbreviated discovery period, the district court conducted a hearing on July 22, 2011 at which each side presented oral argument; the district court did not conduct an evidentiary hearing. Further oral argument was conducted in a July 27, 2011 teleconference. On August 10, 2011, the district court issued its Decision and Order denying Louboutin's request for a preliminary injunction. The district court acknowledged the widespread public recognition of the Red Outsole Mark as the signature of the Louboutin brand, but concluded that Louboutin was not likely to succeed on the merits of its claims because the Red Outsole Mark was not entitled to trademark protection. As a result, the district court did not address the other preliminary injunction factors.

Louboutin filed a Notice of Appeal from the district court's decision on August 12, 2011. On August 19, 2011, the proceedings in the district court were stayed pending the outcome of this appeal.

## 2. **RESULT BELOW**

In a Decision and Order dated August 10, 2011, the district court denied Louboutin's application for a preliminary injunction. The district court held that Louboutin was not likely to succeed on the merits of its claims because it was not likely to prove that the Red Outsole Mark was entitled to trademark protection, despite having acquired widespread secondary meaning. According to the district court, extending trademark protection to a single color, such as the Red Outsole Mark, used on fashion items would unduly hinder competition.

## 3. **NOTICE OF APPEAL AND LOWER COURT'S DOCKET SHEET**

A copy of Louboutin's Notice of Appeal, dated August 12, 2011, is attached hereto as Exhibit 1.

A copy of the district court's docket sheet as of August 26, 2011 is attached hereto as Exhibit 2.

## 4. **ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL**

A copy of the district court's Decision and Order denying Louboutin's Application for a Preliminary Injunction, dated August 10, 2011, is attached hereto as Exhibit 3.