## ADDENDUM B TO FORM C

## ISSUES PROPOSED TO BE RAISED ON APPEAL

Issue 1:  Whether the district court erred in declining to grant the application of Christian Louboutin S.A., Christian Louboutin, L.L.C., and Christian Louboutin (collectively, "Louboutin") for a preliminary injunction?

Standard of Review:   Abuse of discretion

Issue 2:  Whether the district court erred in determining that Louboutin was unlikely to succeed on the merits of its trademark infringement, unfair competition and dilution claims, even though the district court found that Louboutin's federally registered trademark for a lacquered red outsole (the "Red Outsole Mark") had acquired widespread secondary meaning?

Standard of Review:   De novo

Issue 3:  Whether the district court erred in determining that the federally registered Red Outsole Mark was not entitled to trademark protection pursuant to the aesthetic functionality doctrine because granting trademark rights to a single color used on the outsole of a shoe would unduly hinder competition?

Standard of Review:   De novo

Issue 4:  Whether the district court erred in determining that the Lanham Act does not extend protection to a single color, such as the Red Outsole Mark, in the fashion industry, pursuant to the aesthetic functionality doctrine, because granting trademark rights to a single color used on a fashion item would unduly hinder competition?

Standard of Review:   De novo

ME1 12158139v.1

2

Issue 5: Whether the district court erred in determining that the statutory presumption of validity afforded to Louboutin's federally registered Red Outsole Mark had been rebutted by the district court's finding of aesthetic functionality?

Standard of Review:   De novo

Issue 6: Whether the district court's finding that Louboutin's Red Outsole Mark was not entitled to trademark protection was supported by the record?

Standard of Review:   Abuse of discretion