# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Christian Louboutin S.A. v. Yves Saint Laurent America Inc.<br>No. 11-3303 | **DISTRICT**<br>United States District Court Southern District of New York | **DOCKET NUMBER**<br>1:11-cv-02381-VM |
| | **JUDGE**<br>Victor Marrero | **APPELLANT**<br>Christian Louboutin S.A. et al. |
| | **COURT REPORTER**<br>Southern District Reporters | **COUNSEL FOR APPELLANT**<br>Harley I. Lewin, McCarter & English, LLP |

Check the applicable provision:
- [ ] I am ordering a transcript.
- [✓] I am not ordering a transcript

Reason for not ordering a transcript:
- [✓] Copy is already available
- [ ] No transcribed proceedings
- [ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

Hearing on Plaintiffs' Application for Preliminary Injunction before Judge Marrero, July 22, 2011

Teleconference held before Judge Marrero, July 27, 2011

**METHOD OF PAYMENT**   [ ] Funds   [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /s/ Harley I. Lewin | August 26, 2011 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |
| **SIGNATURE OF COURT REPORTED** | | **DATE** |